UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURVES INTERNATIONAL, INC.,<br>a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANGELINE BEDNAR,<br>a Resident of Pennsylvania,<br><br>Defendant. | C.A. No.: 2:07-cv-00915 (GLL)<br><br>Honorable Gary L. Lancaster,<br>District Judge |

**ORDER**

Based upon the Joint Stipulation of Dismissal filed by the parties to this matter, it is by the Court this 9th day of Oct, 2007,

ORDERED that the Default Judgment entered by this Court on August 25, 2007 is hereby VACATED; and it is

FURTHER ORDERED that this action is dismissed on its merits and with prejudice.

SO ORDERED.

Gary L. Lancaster
United States District Judge